**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 14 B 23288 |
| Myron Jefferson, | ) | HON. TIMOTHY A. BARNES |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:  Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on July 5, 2018, at 9:30 A.M., in courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE Timothy A. Barnes or before any judge sitting in his place and stead and shall then and there present the attached Motion at which place and time you may appear if you see fit.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 11, 2018.

/s/ *Roger Leshinsky* _____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-23288<br>Northern District of Illinois<br>Chicago<br>Mon Jun 11 13:56:37 CDT 2018 | Ally Financial Inc F/K/A GMAC Inc<br>PO Box 130424<br>Roseville, MN 55113-0004 | BMW Bank Of North America, Inc<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 |
| Bank of America, N.A.<br>c/o Heavner, Beyers & Mihlar, LLC<br>Post Office Box 740<br>Decatur, IL 62525-0740 | Lake Holiday Enterprises<br>Urban & Burt, Ltd.<br>5320 W. 159th St.<br>Suite 501<br>Oak Forest, IL 60452-3380 | Nationstar Mortgage LLC<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Ally Financial serviced by Ally Servicing LL<br>PO Box 130424<br>Roseville, MN 55113-0004 | Arnold Scott Harris<br>222 Merchandise Mart Plaza<br>Suite 1932<br>Chicago, IL 60654-1103 | BMW Bank of North America Department<br>Ascension Capital Group<br>PO Box 201347<br>Arlington, TX 76006-1347 |
| Bank of America<br>PO Box 660933<br>Dallas, TX 75266-0933 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Cb/Carsons<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| City Of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC.<br>111 W Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Parking tickets<br>121 N. LaSalle Street, ROOM 107A<br>Chicago, IL 60602-1232 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 | Continental Finance<br>PO Box 11743<br>Wilmington, DE 19850-1743 | Heights Auto Workers Credit Union<br>21540 Cottage Grov<br>Chicago Height, IL 60411-4322 |
| Hghts Aut Cu<br>21540 Cottage Grov<br>Chicago Height, IL 60411-4345 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lake Holiday Enterprises<br>11780 W. State Rd 10<br>Demotte, IN 46310-9490 |
| Lake Holiday Enterprises, Inc.<br>11780 W. SR 10<br>Demotte, IN 46310-9490 | MEA-MUNSTER,LLC<br>(Community Hospital)<br>PO Box 12907<br>Norfolk, VA 23541-0907 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 |

```
(p)MAGES & PRICE LLC              Minimed Distribution Corp       NATIONSTAR MORTGAGE LLC
1110 LAKE COOK ROAD SUITE 385     13019 Collection Center Dr.     c/o Codilis and Associates, P.C.
BUFFALO GROVE IL 60089-1992       Chicago, IL 60693-0130          15W030 North Frontage Road, Suite 100
                                                                  Burr Ridge, IL 60527-6921


(p)NATIONSTAR MORTGAGE LLC        Nicor Gas                       Nicor Gas
PO BOX 619096                     Po Box 5407                     po box 549
DALLAS TX 75261-9096              Carol Stream, IL 60197-5407     Aurora il 60507-0549


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Prgressive Leasing         (p)PROG LEASING LLC
PO BOX 41067                      256 West Data Drive             256 WEST DATA DRIVE
NORFOLK VA 23541-1067             Draper, UT 84020-2315           DRAPER UT 84020-2315


Quantum3 Group LLC as agent for   Village of Melrose Park         Webbank/Fingerhut
Comenity Bank                     PO Box 66032                    6250 Ridgewood Rd
PO Box 788                        Chicago, IL 60666-0032          Saint Cloud, MN 56303-0820
Kirkland, WA  98083-0788


Anthony J Kudron                  Jaime A Torres                  Marilyn O Marshall
The Semrad Law Firm, LLC          The Semrad Law Firm, LLC        224 South Michigan Ste 800
20 S. Clark St., Suite 2800       20 S. Clark 28th Floor          Chicago, IL 60604-2503
Chicago, IL 60603-1811            Chicago, IL 60603-1811


Myron Jefferson                   Patrick S Layng                 Rodion Leshinsky
2495 Spruce                       Office of the U.S. Trustee, Region 11   The Semrad Law Firm, LLC
Lynwood, IL 60411-1303            219 S Dearborn St               20 S. Clark Street, 28th Floor
                                  Room 873                        Chicago, IL 60603-1811
                                  Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bmw Financial Services            Mabt/Contfin                    Mage & Price
5515 Parkcenter Cir               121 Continental Dr Ste 1        707 Lake Cook Road Suite 314
Dublin, OH 43017                  Newark, DE 19713                Deerfield, IL 60015


Nationstar Mortgage LLC           Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
PO Box 619096                     PO BOX 41067                    successor to CITIBANK, N.A.
Dallas, TX 75261-9741             Norfolk, VA 23541               (BEST BUY)
                                                                  POB 41067
                                                                  Norfolk, VA 23541


Prog Finance, LLC
10619 South Jordan Gateway, #100
South Jordan, Utah 84095
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.                (u)Deutsche Bank National Trust Company, as T        (u)Nationstar Mortgage LLC


(du)Nationstar Mortgage, LLC            (d)BMW Bank of North America                         (d)Bank of America, N.A.
                                        PO Box 201347                                        c/o Heavner, Beyers & Mihlar, LLC
                                        Arlington, TX 76006-1347                             Post Office Box 740
                                                                                             Decatur, IL 62525-0740


End of Label Matrix
Mailable recipients    47
Bypassed recipients     6
Total                  53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14 B 23288 |
| Myron Jefferson, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Myron Jefferson, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On June 23, 2014, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On December 1, 2014, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $925.00 monthly for 36 months.

5. Debtor had a significant decrease in income. Debtor is only receiving disability income.

6. Debtor respectfully requests this Honorable Court to decrease the general unsecured creditors without priority to be paid to 10% of their allowed claims.

7. Debtor further requests this Honorable Court to lower the current Chapter 13 plan payment to $750.00 per month.

8. Debtor further requests this Honorable Court defer the current default to then end of the Chapter 13 plan of reorganization.

9. Debtor further requests this Honorable Court to change the plan base to $58,975.00.

10. Debtor further requests this Honorable Court enter an Order amending Section G to state that On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s).

11. Debtor is in a position to proceed with the instant case.

12. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order to reduce the general unsecured creditors without priority to be paid to 10% of their allowed claims; and

B. That this Honorable Court decrease the plan payment to $750.00; and

C. That this Honorable Court defer the current default to then end of the Chapter 13 plan of reorganization; and

D. That this Honorable Court enter an Order amending the plan base to $58,975.00; and

E. That Section G is amended to state that On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as

        additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s); and

F. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Roger Leshinsky* _____
*Attorney for Debtor*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625