UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )          BK No.:   14-23288
Myron Jefferson                     )
                                    )          Chapter: 13
                                    )
                                    )          Honorable Timothy Barnes
                                    )
                                    )
         Debtor(s)                  )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the general unsecured creditors without priority decrease to 10% of their allowed claims.

2. That the plan payment decreases to $750.00 per month.

3. That the current default is deferred to then end of the Chapter 13 plan of reorganization.

4. That the new plan base is $58,975.00.

5. That Section G is amended to state that On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  July 26, 2018

**Prepared by:**